THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael James, Appellant.
 
 
 
 
 

Appeal From Saluda County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-397
 Submitted May 3, 2010  Filed September
13, 2010    

AFFIRMED

 
 
 
 Appellate Defender LaNelle DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr.,
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Michael James appeals his conviction for
 possession with intent to distribute cocaine, arguing the circuit court erred in
 denying his motion for a mistrial due to comments made by the State in opening arguments.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 Hoffman, 312 S.C. 386, 393, 440 S.E.2d 869, 873 (1994) ("A contemporaneous
 objection is required to properly preserve an error for appellate
 review."); State v. Wilkins, 310 S.C. 81, 89, 425 S.E.2d 68, 73 (Ct.
 App. 1992) (explaining the failure to make a contemporaneous objection during the State's opening argument waives a
 defendant's "right to
 complain later on"); see also State v. Lynn, 277 S.C.
 222, 226, 284 S.E.2d 786, 789 (1981) ("Failure to contemporaneously
 object . . . cannot be later bootstrapped by a motion for a mistrial.").
AFFIRMED.
FEW, C.J., THOMAS and
 PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.